UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES B. RYDER, individually and on behalf of others similarly situated,

    Plaintiff,

vs.

BEAUMONT HEALTH INC. (d/b/a BEAUMONT HOSPITAL– ROYAL OAK),

    Defendant.

Case No. 18-cv-10760
Judge: Robert H. Cleland

## STIPULATED ORDER JOINING ALL CLAIMS AND DISMISSING AMENDED COMPLAINT WITH PREJUDICE

This matter having come before the Court, pursuant to the stipulated agreement of the parties, as represented by their undersigned counsel, that Plaintiff has joined all claims that he has had at any time up to and including the date of entry of this Order against Defendant Beaumont Health ("Defendant")[1] and agrees to dismiss his Amended Complaint with prejudice, and the Court being duly advised in the premises;

---

[1] Incorrectly named in the caption as Beaumont Health Inc. d/b/a Beaumont Hospital – Royal Oak.

1

**Error! Unknown document property name.**

**NOW THEREFORE:**

**IT IS ORDERED** that Plaintiff has joined all claims that he has had at any time up to and including the date of entry of this Order against Defendant.

**IT IS FURTHER ORDERED** that the Complaint and all causes of action contained within it is dismissed with prejudice.

**IT IS FURTHER ORDERED** that neither Plaintiff nor Defendant shall recover their costs or attorney fees from the other party relative to this claim.

This Order resolves all pending claims and closes the case.

Dated: December 27, 2019

s/Robert H. Cleland<br>The Honorable Robert H. Cleland

APPROVED AS TO FORM AND SUBSTANCE:

| PITT MCGEHEE PALMER & RIVERS, PC | CLARK HILL PLC |
|---|---|
| By: *s/ Robin B. Wagner (w/consent)* | By: *s/ Carly O. Machasic* |
| Michael L. Pitt (P24429) | Daniel J. Bretz (P34334) |
| Beth M. Rivers (P33614) | Carly O. Machasic (P75572) |
| Robin B. Wagner (P79408) | Attorneys for Defendants |
| Attorneys for Plaintiff | 500 Woodward Avenue, Suite 3500 |
| 117 W. Fourth Street, Suite 200 | Detroit, Michigan 48226 |
| Royal Oak, MI 48067 | P: (313) 965-8300 |
| P: (248) 398-9800 | dbretz@clarkhill.com |
| mpitt@pittlawpc.com | cmachasic@clarkhill.com |
| brivers@pittlawpc.com | |

**Error! Unknown document property name.**